```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2025
```

# STEVENSON MARINO LLP

**Jeffrey R. Maguire**, Esq., Partner   o: (212) 939-7229   f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

November 4, 2025

<u>Via ECF</u>
The Honorable Nelson S. Roman
United States District Judge for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Schreiner v. Santa Fe Tivoli, Inc. et al.*
            <u>Docket No: 25-cv-2505 (NSR)</u>

Dear Judge Roman:

    We represent Plaintiff Renee Schreiner, and the plaintiffs that have opted into the matter pursuant to 29 U.S.C. 216(b) (collectively as "Plaintiffs"), in the above-referenced matter asserting claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") against Santa Fe Tivoli, Inc., Santa Fe Woodstock, LLC and James Demos (collectively as "Defendants"). We write to respectfully request a thirty-day extension of the parties' deadline to submit the necessary documents for settlement, from November 6, 2025 to December 6, 2025. This is the parties' second request for an extension of this deadline.

    We thank the Court for its time and attention to this matter.

                                            Respectfully submitted,

                                            Jeffrey R. Maguire
                                            Stevenson Marino LLP

To: Defendants' Counsel *via* ECF

**MEMO ENDORSED**

The parties' request for additional time to submit the settlement documents is GRANTED. The parties have until on or before December 8, 2025 to submit the settlement documents. The Clerk of Court is kindly requested to terminate the motion at ECF No. 33.
Dated: November 5, 2025
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge