USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/7/2026__

# BOND SCHOENECK & KING

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236

**MEMO ENDORSED**

January 6, 2026

## VIA ELECTRONIC FILING

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    Santa Fe Tivoli, Inc. et al, Docket No: 25-cv-2505 (NSR)

Dear Judge Roman:

We represent the defendants in the above-referenced matter. We write to respectfully request a thirty-day extension of the parties' deadline to submit the necessary documents for settlement, from January 6, 2026 to February 5, 2026. This is the parties' fourth request for an extension of this deadline. We thank the Court for its time and attention to this matter.

Respectfully,

BOND, SCHOENECK & KING, PLLC

/s Michael D. Billok
Michael D. Billok

Cc: Counsel of record, via CM/ECF

The parties' request for additional time to submit the settlement documents is GRANTED. The parties have until on or before February 5, 2026 to submit the settlement documents. The Clerk of Court is kindly requested to terminate the motion at ECF No. 37.
Dated: January 7, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

22825673

Attorneys At Law | A Professional Limited Liability Company