

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236

March 4, 2026

**VIA ELECTRONIC FILING**

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    Santa Fe Tivoli, Inc. et al, Docket No: 25-cv-2505 (NSR)

Dear Judge Roman:

We represent the defendants in the above-referenced matter. We write to respectfully request a fourteen-day extension of the parties' deadline to submit the necessary documents for settlement, from March 9, 2026 to March 23, 2026. This is the parties' sixth request for an extension of this deadline. The parties have been working to sort out issues related to the eleven opt-in plaintiffs, have a settlement in principle, and believe they will be able to finalize the mater within the additional 14 days requested. We thank the Court for its time and attention to this matter.

Respectfully,

BOND, SCHOENECK & KING, PLLC

/s Michael D. Billok
Michael D. Billok

Cc: Counsel of record, via CM/ECF

The parties' request for additional time to submit the settlement documents is GRANTED. The parties have until on or before April 10, 2026 to submit the settlement documents. The Clerk of Court is kindly requested to terminate the motion at ECF No. 41.
Dated: March 4, 2026
       White Plains,  NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

23113846

Attorneys At Law | A Professional Limited Liability Company