UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE SCHREINER, on behalf of herself and all others similarly-situated,

Plaintiff,

-against-

SANTA FE TIVOLI, INC., and SANTA FE WOODSTOCK LLC, and JAMES DEMOS, individually,

Defendants.

**Docket No.: 25-cv-2505 (NSR)**

**(PROPOSED) JUDGMENT**

WHEREAS on or about April 9, 2026, Defendants Santa Fe Tivoli, Inc., and Santa Fe Woodstock LLC, and James Demos (collectively "Defendants") extended to Plaintiffs Renee Schreiner, Taylor Bertling, Zola Coughlin, Sabrina Hart, Lisa Jaeck, Ilton Kosta, Devon Lanman, Alexis Lattin, Thomas McInerny, Julia Milla, Emma Robinson, and Autumn Watson (collectively "Plaintiffs"), an individual offer of judgment to each pursuant to Rule 68 of the Federal Rules of Civil Procedure in the following amounts:

Renee Schreiner: $22,248.00

Taylor Bertling: $6,574.00

Zola Coughlin: $4,413.00

Sabrina Hart: $7,503.00

Lisa Jaeck: $2,840.00

Ilton Kosta: $1,518.00

Devon Lanman: $9,331.00

Alexis Lattin: $12,898.00

Thomas McInerny: $13,033.00

Julia Milla: $4,902.00

Emma Robinson: $6,787.00

Autumn Watson: $9,871.00; and

WHEREAS, said Plaintiffs accepted said offers on or about April 10, 2026,

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amounts above, inclusive of any and all costs, prejudgment interest, statutory penalties and recoverable attorneys' fees.

Dated:

________________ , 2026

TAMMI M. HELLWIG
CLERK OF THE COURT

____________________________
Daniel Ortiz, Chief Deputy Clerk